IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>JAMES BUSHOR,<br><br>               Defendant. | **8:20CR149**<br><br>**ORDER** |

THIS MATTER is before the court on the motion of Karen M. Shanahan to withdraw as counsel for the defendant, James Bushor (Filing No. 15). Donald L. Schense has filed an entry of appearance as retained counsel for James Bushor. Therefore, Karen M. Shanahan's motion to withdraw (Filing No. 15) will be granted.

Karen M. Shanahan shall forthwith provide Donald L. Schense any discovery materials provided to the defendant by the government and any such other materials obtained by Karen M. Shanahan which are material to James Bushor's defense.

The clerk shall provide a copy of this order to Donald L. Schense.

IT IS SO ORDERED.

Dated this 15th day of October, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge